# United States District Court
# For The Western District of North Carolina
# Statesville Division

DEBORAH E. MESSER,

       Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO.  5:08cv64

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant(s).


DECISION BY COURT.  This action having come before the Court by consent motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 17, 2009, Order .


                                                       FRANK G. JOHNS, CLERK

August 17, 2009

                                                *s/Susan Johnson*
                                 BY: _____
                                         Susan Johnson, Deputy Clerk