IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| DEBORAH E. MESSER, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. ) | Civil Action No. 5:08-CV-64 |

**O R D E R**

**THIS MATTER** is before the Court on Plaintiff's "Motion For An Award of Fees and Expenses Under the Equal Access to Justice Act" filed on September 2, 2009. (Document # 12). By "Response" filed on September 18, 2009, Defendant advises that the parties have reached agreement on this matter and he will not oppose an award of legal fees in the amount of one thousand, eight hundred, seventy-five dollars ($1,875.00), as full satisfaction of any and all claims by Plaintiff in this case under 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1.  Plaintiff's *Motion For An Award of Fees and Expenses Under the Equal Access to Justice Act* is **GRANTED**, and Plaintiff's counsel shall be paid the sum of one thousand, eight hundred, seventy-five dollars ($1,875.00) for attorney's fees.

2.  No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3.  The Clerk is directed to serve copies of this *Order* to counsel for the parties.

**SO ORDERED.**

Signed: September 21, 2009

David S. Cayer
United States Magistrate Judge

Signed:

_____
Richard L. Voorhees
United States District Judge

Date: _____